**STATE of Missouri, Respondent,**

v.

**Douglas H. BURKS, Appellant.**

**No. WD34396.**

Missouri Court of Appeals, Western District.

May 10, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied June 28, 1983.

Joseph H. Locascio, Sp. Public Defender, Kansas City, John M. Torrence, Asst. Sp. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Theodore A. Bruce, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

### ORDER

Appeal from conviction of robbery under § 569.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).